CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
FEB 15 2006
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| ROGER E. HORNICK, | ) |
| Plaintiff, | ) Civil Action No. 5:05cv00053 |
| v. | ) **FINAL ORDER** |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) By: Samuel G. Wilson<br>) Chief United States District Judge |
| Defendant. | ) |

This case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) to the Honorable James G. Welsh, United States Magistrate Judge. The Magistrate Judge has filed a report recommending that an order be entered affirming the Commissioner's final decision, granting judgment for the defendant and dismissing the action from the docket of the court. Objections to the report and recommendation have not been filed, and the court, upon review of the record, is of the opinion that the report should be adopted. It is accordingly, **ORDERED** and **ADJUDGED** that the final decision of the Commissioner be affirmed, granting judgment to the defendant, and this case is **ORDERED** stricken from the docket of the court.

**ENTER**: This February 15, 2006.

_____
UNITED STATES DISTRICT JUDGE